# Petition for

... le of the state v Geo Group et. al.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV.L.R. 1, 7.1(A)(1),(2)(3)
(Rule Number/Section)

✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ KG _____ DEPUTY

CV-23-8088-PCT-DWL (JFM)

This petition is being written because there are officers in positions of leadership that are preventing inmates from receiving mail (physically and electronically) despite being allowed in accordance to Department Order 914 which is in violation of the Constitutional Rights of Prisoners. In many incidents, the mailroom does not send mail out in a timely manner. Sergeant R. Marschke has been cited the most as the mailroom officer that abuses his power to contraband mail and emails. This has resulted in the mailroom to; hold mail which is a violation of the above rights (§1-5.9), misquoting policy from Department Order 914 in violation of the Constitutional Rights of Prisoners (§1-5.9), Overcensorship in violation of the Constitutional Rights of Prisoners (§1-5.9 and Brown v Board of Education 1968, Miller v. California 1973), and preventing religious objects from entering the prison in violation of the Constitutional Rights of Prisoners (§1-7.3, Newton v Cupp). Sergeant R. Marschke has continually violated the rights of prisoners of a certain population, the population being prisoners in a sex offender yard, due to discriminatory idealism in violation of the Constitutional Rights of Prisoners (§1-5.10). Even though Sergeant R. Marschke is cited for the majority of these incidents, there are other officers that have violated the Constitutional Rights of Prisoners as well. The staff members above Sergeant R. Marschke are also at fault for allowing these violations of prisoners' rights to occur and worsen over several years despite the inmate population communicating thier concerns and complaints. It must be stated that these may not be the only violations that have occurred, they are just the most obvious violations the people of the state are aware of.

The signatures on the following pages represent the inmates who have been a victim of these violations and strongly believe that remedies need to be taken in the mailroom immediately. Evidence of the violations and the communication that the people of the state had with the Geo Group staff is attached at the end of the original petition.

In conclusion, the facts are that the Geo Group facility is taking it upon themselves to interpret the Department Orders of the Arizona Department of Corrections and the main individual that is abusing his power and continue to victimize inmates at this facility is that of Sergeant R. Marschke. This same individual has created gatherings of inmates to peacefully protest the removal of this individual from this facility. The Geo Group powers of authority continue to give empty promises when dealing with Sergeant R. Marschke "internally". This merely results in an absence of Sergeant R. Marschke for a couple of days if any, but then the violations become more frequent and/or worsens. There are some simple remedies to these problems; the immediate removal of Sergeant R. Marschke from any control or power of any inmates of any population and for the rest of the Geo Group staff to interpret the Arizona Department of Corrections Department Order 914 in a literal sense instead of the biased and opinionated interpretations they have now. This is to be done with prejudice, without retaliation or harassment against the inmate population, of any form, in regards to this petition.

| ADC # | name Firstname, Last name Print | signature | intials |
|---|---|---|---|
| 198423 | Ken Hoglan | K. Hof | KH |
| 317586 | EDUARDO MARTINEZ | | EM |
| 319540 | Sandford Caime | Sandfor Caim | SC |
| 195465 | Halsey Michael | Michael Healey | MH |
| 323634 | Dallas M Archer | Dallasarcher # 000-308 | DMA |
| 249226 | Daniel Zoellner | | D.Z |
| 300811 | Shaquawn Gamet | 3 | S. MRJ6 |
| 271700 | Eric Sedillo | | ES |
| 290235 | Sanchez, Michael | Michael Sanchez | MS |
| 329831 | Matthew Curtis | | MC |
| 315366 | Glenn Harmon | | MS |
| 260684 | Decker, Grant | | gd |
| 306840 | Menoz Jorge | Menjez Jorge | m |
| 195564 | Rutan, Aaron | Garon t Rutter | ALH |
| 275164 | GRAHAM, CLYDE | GRAHAM, CLYDE | GC |
| 247155 | Castello Jose | fex 4 costillo fz | JC |
| 300511 | Alexis neAz | | A.N. |
| 33631B | Harrington, Justin | | JH |
| 329867 | Burleigh, Phillip | | PB |
| 338238 | Hubbard, Roger | R Hubbard | RH |
| 342101 | Ashley, Kyler | | KA |
| 311908 | Gunnison (Hack) | | CG |
| 331981 | Vaglio, Christopher | C. VL | CV |
| 178866 | Segundo. M. | M Segundo | MS |
| 267957 | Tyler, Eastland | | TE |
| 315337 | MA | Mee ala | W.M |

| ADC # | Print name (First name Last name) | Signature | Initials |
|---|---|---|---|
| 356315 | Allen Munoz | | CC |
| 343391 | Matthias Baker | Baker | MB |
| 292874 | Rudy Barriga | Rudy Barry | RB |
| 366519 | Joshua Evans | Joshua Evans | JE |
| 352544 | Alex Waldron | Alex Waldron | AC |
| 335627 | Jathen Gonzales | | JAG |
| 336498 | Alberto Moreno | | GDM |
| 355355 | Joey Hesler | | JH |
| 314161 | Ivan Samuels | | JS |
| 129347 | Escobedo Tony | | TE |
| 304466 | Duran David | | DD |
| 336827 | JePaul Martin | | JM |
| 287668 | Richard Reinger | | RR |
| 213491 | Kearns Christopher | | C |
| 356113 | Chapel, Kenneth M. | | KMC |
| 336061 | Wesley Davis | | W.D |
| 357178 | MICHAEL DOBBY | Michael Dobby | M.D. |
| 347562 | NEMMAN PASCAL | | PN |
| 285466 | Seumphuxy Aun | | AS |
| 352690 | Peter P. Celaya JR | Peter Celaya | PC |
| 336923 | James Richard Lyon | James Lyon | J.R.L |
| 321734 | MOAT JEFF | Jeff Moat | JM |
| 344468 | Justin Hyde | Justin Hyde | SH |
| 204621 | Omar Gee | | OG |
| 358714 | JAVIER DAVILA | | JD |
| 252655 | Jesus Mancinas | Jesus Mancinas | JM |

| ACD# | name<br>Fristname, Lastname<br>Print | signature | intials |
|---|---|---|---|
| 223820 | Gregory Garcia | | GG |
| 279855 | Byron Rivers | | B.R. |
| 156617 | SALAZAR JOSE | | S |
| 213404 | Trone Thomas | | TT |
| 292874 | Rudy Barriga | Rudy Barriga | RB |
| 358769 | Samuel Benedetto | Samuel Ben | SB |
| 288084 | Cortes Javier | | d.e |
| 349535 | Friehauf Harry | | HF |

| ANC # | Name<br>(first name, last name)<br>print | Signature | Initials |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 151600 | RICHARD DOMINGUEZ | RICHARD DOMINGUEZ | RD |
| 333782 | mladen Ristic | _signature_ | ML |
| 287623 | Steven P Daniels | St_ | SD |
| 357163 | David Lewis | _signature_ | L |
| 353594 | Jonathan Foster | _signature_ | F |
| 355564 | John Watkins | _signature_ | JW |
| 325358 | Frank Brown | Frank Brown | FLB |
| 312003 | martell Younger | martell Younger | m_y |
| 301616 | Terrance Fizer | _signature_ | TF |
| 293946 | Eric Jones | _signature_ | _signature_ |
| 344159 | Cameron Brush | Cameron Brush | CB |
| 123245 | Robert Allen | Robert All_ | RA |

| ANC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| | | | |

| ADC# | name<br>Frist name, Last name<br>Print | Signature | intials |
|---|---|---|---|
| 339313 | Napoleon Alcunzar | | N.A |
| 358753 | Ceylan Torres | | CT |
| 343435 | Jose Padilla | | JP |
| 358887 | Jacob J Ruiz | | JR |
| 278296 | Westover Hilton R | Hilton R Westover | HRW |
| 317386 | TORTICE DARRELL | | DT |
| 358603 | HAMBLIN ALLEN | | AJ |
| 349679 | Danny Aragon | | DA |
| 337045 | Todd Rosenblatt | Todd Rosenblatt | TR |
| 357806 | David Urdahl | | DV |
| 321077 | WILLYAm JOACHIM | | WJ |
| 359199 | Preston Lemke | | PHL |
| 272248 | Francisco John | | FJ |
| 132097 | Serapo A | Seno | SA |
| 284616 | Albert Moraga | Albert D Moraga | ASM |
| 147673 | KEDDY, SCOTT | Scott Eddy | SK |
| 124805 | Washington Almaine | Almaine Washington | AW |
| 343725 | JACKSON, LAVERN | LaVern Jackson | LJ |
| 304849 | Waid, Kevin | | |
| 254112 | GAINES, JAMES | J Gaines | JG |
| 263353 | William L Billings | WB | WB |
| 146472 | Lewis, Shawn T. | | SL |
| 344565 | MOLINA, RAFAEL | | RM |
| 356562 | Cabrera, Jose Jr. | | J.C. |
| 328076 | Cifuentes, mike | | M.C |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 335359 | John Engelen | John Engelen | JE |
| 184958 | John Watkins | John Watkins | JW |
| 287850 | Gabriel Orve-Perez | | G, P, C, |
| 344490 | Collin Taylor Alseth | | CA |
| 318863 | Sunshine Carter | Sun | SC |
| 206699 | Felix Danny | Danny Felt | DF |
| 190857 | BENNETT WILLIAMS | Bennett William | B. W. |
| 340893 | Quincy Vason | Cq | QPV |
| 251592 | Goodwin John | John Goodwin | JG |
| 172677 | Schaffer Chris | | CS |
| 346954 | JEFFREY PRELLER | Jeff Prell | JP |
| 302378 | THOMAS BOLTON | Tony Bolton | T.B. |
| 339510 | Michael Rapp | Michael Rapp | MR |
| 338924 | Casey Martin | Casey Martin | CM |
| 340709 | Jacob Garcia | | JG |
| 335214 | TIMOTHY HIGGINS | | |
| 299579 | Guido Puccini | | G. P. |
| 308621 | Cestro Oscar | | O B |
| 197703 | Alejandro Barajas M | Alejandro Barajas M | AB |
| 536600 | RAYMOND PELTIER | R, Pelt | RP |
| 314276 | BRADLEY ISENBERG | BRADLEY ISENBERG | BI |
| 353342 | Rafael Gomez | Rafael Gomez | R.G |
| 355332 | Anthony Anaya | | AA |
| 355681 | VANCE BARTLETT | | VMB |
| 294945 | David DePaydt | | DD |
| 352920 | Brian Barrientos | Brian Barrientos | B. B |
| 353160 | Devin Jeremy Malady | | DJM |
| 355501 | Floyd Hueston | Floyd Hueston | FH |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 335131 | Tanner Albers | | TA |
| 353615 | McAlister, Brian | | Bm |
| 346465 | IVAN CIGARROA | | I.C |
| 283202 | Ochoa Luis | | LO |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 332367 | Douglas Hensley | | D. H. |
| 329377 | Phillip Gray | | P. G. |
| 352539 | John Spero | | B |
| 352515 | Castillo Joel | | JC |
| 332536 | Daniel Galloway | Daniel Galloway | DAG |
| 258848 | Chris Hanner | | CH |
| 347516 | Eric Arntsen | | EA |
| 328270 | William Conway | | WC |
| 333511 | Billingsley Brad | | BB |
| 306485 | DENNIS CRABTREE | | DC |
| 350904 | Marcus Halstead | MarcusHalstead | M.H |
| 321330 | Ramond Espinose | | RE |
| 334310 | BEST, Noah | | NB |
| 335164 | Blakey Nathan | | NB |
| 333509 | Kameron Lyle | | K.L. |
| 330179 | Vazquez Misael | Miguel Vazquez | MV |
| 338857 | Pedro Cabrea Felix | | PC |
| 320141 | Max Rodriguez | | MR |
| 308647 | Stewart Kohlichee | Stwt Kinlin | SK |
| 335155 | Richard Tackett | Rich Tackott | RT |
| 263076 | DAVID Ruch | | DR |
| 352914 | Kevin Hoffman | | KH |
| 345346 | Hunter Tingey | | HT |
| 270022 | CHAMBERS, STEVEN B | Steven B Chambers | SBC |
| 343173 | Brian Kemp | Bm Kp | BK |
| 286609 | Di Matteo Anthony | | AD |

| ANC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 309703 | Martínez, Samuel | Samuel Martinez | SM |
| 332206 | FLORES, Christian | | CF |
| 071619 | Henry Bailey | Henry Bailey | H.B |
| 355735 | Todd Ohlendorf | | TO |
| 321744 | Villatoro Avisai | Avisai | ARV |
| 349149 | Patrick Cann | Patrick Cann | PC |
| 181924 | De La Cruz, C | De La Cruz, Christian | CDLC |
| 310367 | Joshua Warner | | JW |
| 222055 | Todd Petersen | Todd Petersen | TP |
| 347615 | Thomas Bowden | Tom Bow | TB |
| 220129 | Oscar E. Muñoz | Oscar E. Muñoz | OEM. |
| 321930 | Michael Bailey | | MB |
| 186873 | Blackburn, Kenneth | | KBB |
| 206992 | Ball, Kirk D. | Kirk Douglas Ball | KDB |

| APC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 197401 | Josh Hardwick | | |
| 301509 | Justin Fisher | Justin Fisher | g. g |
| 320905 | Dillon Carter | Dillon Carter | D. C |
| 519169 | Mike DeRuiter | | M. D. |
| 317038 | Travis Weltzin | | TMW |
| 293768 | Tyler Hartleb | | T.H. |
| 253462 | Chris Sanders | Chris Sanders | C.S. |
| 162761 | Brian Lewis | Brian Lewis | B.L. |
| 338583 | Lee Stanek | Lee Stanek | L.S. |
| 186764 | Robert Craft | | R.C. |
| 344147 | Cory Spencer | | CS |
| 295022 | Darnell Elbert | | D.E. |
| 297597 | Jeremy BALAND | | J.B. |
| 325391 | Bryan Hartman | | B.H. |
| 320715 | DeCorse Carlos | | CD |
| 164199 | Burfield MICHAEL | Burfield michael | MCD |
| 353476 | Lacy, Marvin | Marvin Lacy | M.L |
| 350622 | Hubert Johnson | Hubert John | H |
| 344174 | Nickey, Jacobe | | JN |
| 351705 | Innocent BRADLEY | | IB |
| 341718 | ARLON LATTEN | | AJL |
| 154666 | Amado Peña | Amado Peña | A.P. |
| 349469 | Brady Loberg | | B.L |
| 343155 | Dean Tarnow | | DT |
| 333003 | ROBERT LUKE | Robert Luke | RL |
| 329000 | Guerra Luis | | GL |
| 277925 | Centeno Jose | | CAC |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 285465 | Kevin Mitton | | KM |
| 298045 | Valdez, Alejandro | | AU |
| 287250 | Terry Eisenhauer | | TE |
| 080368 | Morris, Eric D. | | EDM |
| 174273 | Thomas, Anthony A | Anthony a Thomas | AAT |
| 316921 | Joseph Triste | | YS |
| 351519 | Senon Manriquez | | SM |
| 316900 | Tim Towner | | |
| 223796 | Donald Van Jr | | |
| 312453 | Steven Hermes | Steve Hermes | |
| 335041 | Steven Simmons | | SS |
| 117089 | Robert Swiney | Robert Swiney | R.S. |
| 353178 | Billy Friend | Billy Friend | B.F. |
| 287741 | Daniel Monson | | DM |
| 337082 | Nathan Arzate | | N.RA |
| 267318 | John Buhmeyer | John Buhmeyer | JiB |
| 269054 | Sullivan Antone | | CN |
| 314721 | Danny Valenzuela | | DV |
| 330149 | Edward Rankin | Ed Rankin | ENR |
| 356333 | Casey Cox | | CC |
| 273686 | Brandon Barrett | | BB |
| 293446 | Zambira Alexander | | Zc |
| 306076 | Kernohan, Thomas R. | | TRK |
| 219081 | Harris Christopher | | CETH |
| 351733 | Flores, Robert | Robert Flores | RF |
| 327640 | Farso Brian | Brian Farello | BF |

| ADC# | name<br>First name, Last name<br>Print | Signature | intials |
|---|---|---|---|
| 330869 | Armando Yepiz | Armando Yepiz | AYR |
| 314407 | BRYON YSABI | Bryon Ysabi | BY |
| 344734 | Miguel Gonzales | | MG |
| 203234 | Murray S Sterling | H. M | SM |
| 257424 | Brian Faulk | Brian Faulk | BF |
| 307520 | JON-WATSON | | JW |
| 325013 | Kevin Hall | | KH |
| 260923 | DAVIS, ALLEN | | AD |
| 180168 | BRUCE HOFFMAN | Bruce Hoffman | BH |
| 338159 | Carlos Andrews | | |
| 288575 | ABRAHAM DELAROSA Sr. | | |
| 332459 | Joseph Baur | | JB |
| 320379 | Justin Keith Huey | JUU | JKH |
| 342898 | Kyler Leyva | Lhyler | KL |
| 102411 | Michael Lewis | | ML |
| 321005 | Brian Deeney | | |
| 166638 | Langway, Matthew | Matthew Langway | ML |
| 308493 | Stephen Austin | Steph (Austin) | SA |
| 183801 | Gary Davis | Gary Davis | G.D. |
| 192672 | Gary Richter | Gary Richt | G.R. |
| 311351 | JASON MERRYMAN | | JAM |
| 332384 | Nuñez Juan S | | NJS |
| 107895 | PATRICK MORRISON | Patrick Morrison | P. M |
| 287513 | Richard Alday | Richard Alday | AA |
| 300155 | Martinez Fernando | | FMTZ |
| 212834 | Dowling, James P. | | JPD |
| 352601 | WEST-JAY | | JW |

| | | | |
|---|---|---|---|
| 306375 | Victor Suasteguri | | VS |
| 328847 | Delgado Carlos | | C D G |
| 311055 | Aguilar Ramon | | AR |
| 337541 | Humberto C. Cordial | | H.C.C. |
| 353238 | Joshua Portella | | J.P. |
| 332911 | Schoerberger, Kyle E | | KS |
| 291564 | Brilliant, Joy | | J.B. |
| 348040 | Rosa Cales | | PR |
| 343224 | Bruno Russell | | BR |
| 202235 | Tom Stemmer | | TS |
| 299558 | Patrick Lisa | | PML |
| 353135 | Alex Arellano | | AAA |
| 185015 | Chris Outivieros | | Clay |
| 356545 | GARCIA, ROBERT | | RG |
| 260636 | Ramirez, Lupe | | L.R. |
| 314395 | Esparza, Ruben | | RE |
| 305427 | Derrick J Curtis | | DJC |
| 307500 | Michael Dubbs | | MJD |
| 343257 | Brien Zander | | BZ |
| 311635 | Reeder Dennis | | DR |
| 251648 | Holland, James | | JH |
| 355696 | Birch, Michael | | MB |
| 324997 | Lopez, Shaun | | SL |
| 342692 | Hittle Debbie | | DH |
| 293927 | Johnny Graham | | JG |
| 324129 | Jordan Christofer | | CJ |

| IDOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 334809 | JOSE CARDIEL | | |
| 343310 | CODY FRY | | CMF |
| 356228 | Jacob C Zamora | | JZ |
| 293559 | JESUS KRISPE | | JA |
| 333105 | MICHAEL MATTOX | | MTM |
| 357289 | Eduardo Felix | Edefec Felix | ERF |
| 313391 | Cesar Lopez | | CL |
| 340128 | John Romero | | JR |
| 246864 | Sixto Rocabedo | Sfos Rocabedo | SR |
| 335095 | Anthony PEREZ | | AP |
| 264878 | Gaylord Barnes | | GWB |
| 341337 | Macias, Richard | | RM |
| 286028 | WALLACE, DANIEL | | DW |
| 324051 | Michael Fisher | Michael Fisher | MF |
| 316447 | Ryan morris | Ryan morris | RM |
| 331756 | Bruce Vasquez | | BV. |
| 356160 | Marcus Rowland | | MR |
| 343164 | Toddrick Cooks | | T.C |
| 336124 | Rios Reynaldo | | RR |
| 282811 | Escalera Sammy | | SE |
| 342665 | Barney, Kevin | | KB |
| 335393 | Vargas, Anthony | | AV |
| 276681 | Hertel Frank | | FKH |
| 232168 | Castorena, Abraham G | Abraham G. Castro | AGC |
| 345742 | Rios-Perez, Aldo | | ARP |
| 210505 | Garza, Raymond | Raymon Garza | RG |
| 335831 | Nabb, Arnold | Arnold Nabb | AN |
| 332024 | Delgado Michael | Michael Delgado | MJD |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 351583 | TIMOTHY TRUJILLO | | |
| 316379 | Brendan Murphy | | BJM |
| 085609 | Dwayne TILLER | | DT |
| 332529 | Richard Simental | | RS |
| 316924 | Mungé Christopher | | CM |
| 301605 | SALAS, ARTURO | | AS |
| 332077 | Prieto, Shaun | | S.P |
| 317587 | Montelongo, Alex | | AM |
| 309359 | Terrell, Donald | | T.T. |
| 330830 | Holling, Raymond | | RH |
| 308060 | Hill Garrett | | G.H. |
| 290584 | Nilson, Alverada | | N.A |
| 319388 | McMORRIS, ROBERT | | RM |
| 320170 | Tyshaun Talton | | T.T |
| 112692 | Pacheco, Isidro | | I.P |
| 218742 | Cahn, Mele H | | NAC |
| 235840 | Everardo Islas | | EIN |
| 335168 | Heredia Bryon | | BH |
| 311672 | mendoza Jesus | | JM |
| 236583 | Noriega, Santos | | S.G.N |
| 291087 | Raul Carbajal | | RC |
| 330919 | Chad Schulz | | CMS |
| 329611 | Joshua Givens | | J.G. |
| 325826 | James Tiegs | | JT |
| 356025 | Larry Williams | | |
| 332691 | Garcia Torres Francisco | | GTFJ |
| 335146 | Quiroz, Rafael | | RPQ |
| 358803 | AVALOS, LUIS | LUIS AVOIS | LOA |
| 358803 | Avalos, Luis | | |

| IDOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 314995 | Byron Cadenas | | B.C |
| 356428 | Alejandro Carreon | Alejandro Carreon | A. C. |
| 351476 | EDWARD OCHOA | | EO |
| 356418 | WILLIAM STANLEY | William Stanley | WS |
| 313354 | CHESTER DAVIS | | C. D. |
| 353754 | Newhall Joshua | Josh Newhall | J. N |
| 356369 | WAYNE SPALDING | | WS |
| 353740 | Nimely Worloh | | N. W |
| 356969 | Alex Brown | Alex | AB |
| 343360 | VICTOR D. RIVERA | | VDR |
| 324245 | Horton, Triston | Triston Horton | TH |
| 199833 | MARK CRAWFORD | Matt Crawford | MC |
| 356900 | Nind Brickel | | NB |
| 315759 | Tony C. Soja | | Z |
| 358405 | EFRAIN A. | EFRAIN A. | E.A.J. |
| 312154 | Archer Daniel | Daniel Archer | DA |
| 332638 | Kelly Jones | Kelly | Kelly |
| 215959 | Jonathon Redmond | Jonathon Redmond | JMR |
| 325400 | Nehemias Ruiz | | NLR |
| 291028 | William Brown | | WB |
| 323346 | Henry Roy | | RH |
| 320555 | Worden, Frank E. | | FEW |
| 313394 | Abraham N. Perez | | ANP |
| 350060 | Dioney Carlos Zavalza | | DCZ |
| 349065 | Graves, John | | JG |
| 253507 | Ramirez Ignacio | Ignacio Ramirez | IR |
| 346318 | David Lemanski | | DL |
| 318370 | Tim Aus | | TA |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 166473 | JOSEPH WHALEY | Joseph D. Whaley | JW |
| 174699 | Michael Pierce | M. Pierce | MP. |
| 314638 | Cox Daniel | Daniel Cox | D.C. |
| 323170 | Gortarez. m. Gabriel | Gabriel Gortarez | Gmr. G |
| 131649 | FRANKLIN OMORI | Franklin Omori | F.O. |
| 288180 | Cory Van Cleve | Cory Van Cleve | CV |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|-------|----------------------------------------|-----------|----------|
| 174699 | Michael Pierce | | MP. |
| 314636 | COX DANIEL | Daniel Cox | D.C. |
| 323170 | Gortarez. m. Gabriel | | G.m.G |
| 131649 | FRANKLIN Omori | Franklin Omoi | F.O |
| 288180 | Cory VanCleave | | CV |

| 1OC # | Name<br>(First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Name<br>(First name, Last name in print) | Signature | Initials |

| ADC # | name First name, Last name Print | Signature | intials |
|---|---|---|---|
| 275948 | Jerry Morrow | | |
| 310937 | Jones, Darrick | | D J |
| 339743 | Johathan, Carson | | J.R.C |
| 277563 | Devante, Osborr | Jen Ord | D.F.O |
| 340211 | Jon, Scott | | J S |
| 191975 | Frank Charlson | Frank Charlson | F W C |
| 128277 | Dan Simmons | | D J |
| 355812 | Steve Peterson | | STP |
| 342803 | Daniel Dean | | DeD |
| 351555 | Smith Joshua | | JS |
| 186081 | Francisco Coscio | Frfrn coffii | F C |
| 149043 | (unclear) | | |
| 356132 | Timothy Mayer | time Mayer | T 2 M |
| 322899 | Aaron Marona | | M |
| 302009 | Ryan Whisman | | RW |
| 349454 | Harrison Blake | Hari Bl | H B |
| 269915 | Maddox, Edward P. | Edward P. Maddox | E M |
| 3017860 | Caputo, Christopher | Chi C | C C |
| 351563 | Corneil Ellis | C P Ellis | C E |
| 34027K | Bobby Hammonds | Boby Hmands | B H |
| 348056 | Sammy Garcia | | S G |
| 305534 | christopher Gibbons | Gibbon | C G |
| 355578 | ABNER BALDORRAMA | abaldernina | A B |

| ADC # | name<br>Frist name, Last name<br>Print | Signature | intials |
|---|---|---|---|
| 339743 | Jonathan, Carson | | J.R.C |
| 277563 | Devante, Osborn flores | | D.F.O |
| 310937 | Jones, Darrick | | D.O. |
| 275948 | Jerry Morrow | | R |
| 128277 | Simmons DAle | | Dl |
| 340211 | Jon, Scott | | JS |
| 353812 | Steve Peterson | | SJP |
| 342803 | Daniel Dean | | DcD |
| 191975 | Frank Charlson | Frank Charlson | FWC |
| 186081 | Francisco Cascio | Francis Cascio | FC |
| 356132 | Timothy Mayer | Tim Mayer | TJM |
| 322899 | Acron Marona | | M |
| 351555 | Smith Joshua | | JS |
| 149???? | ?????? | | ??? |
| 305534 | Christopher Gibbons | Gibbons | CG |
| 345454 | Harrison Blake | Har Bl | HB |
| 302009 | Ryan Whisman | | RW |
| 269918 | Maddox, Edward P. | Edward P. Maddox | EM |
| 301780 | Caputo, Christopher | Chi Cr | CC |
| 351563 | Corneil Ellis | C. Ellis | CE |
| 340275 | Bobby Hammonds | Bobby Hammonds | BH |
| 348056 | Sammy Garcia | | SG |
| 355578 | ABNER BALDERRAMA | abalderrama | a/ |

Inmate Byron E. Cadenas 4-C-31-L
ADC # 314995
Arizona State Prison Complex Kingman
Unit Huachuca
P.O. Box 6639
        Kingman      AZ 86402

quadient
CORRECTION
IMI
$002.22 ⁰
05/12/2023 ZIP 86413
043M30238509
US POSTAGE

The Honorable Roslyn O. Silver

Senior United States District Judge

401 West Washington Street #10
Phoenix Az, 85003

RECEIVED

MAY 16 2023

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

"LEGAL MAIL"
ARIZONA DEPARTMENT OF
CORRECTIONS,
REHABILITATION AND
REENTRY