# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon G. Aguilar, | No.   CV-23-08134-PCT-DWL (JFM) |
| Plaintiff, | |
| v. | **ORDER** |
| R. Marschke, et al, | |
| Defendants. | |

On May 16, 2023, pro se Plaintiff Byron E. Cadenas, who is confined in the Arizona State Prison-Kingman (ASP-Kingman), filed a "Petition for The People of the State v. GEO Group et. al." (Doc. 1). The petition was randomly assigned to United States District Judge Dominic W. Lanza and referred to United States Magistrate Judge James F. Metcalf.

The action asserted the same legal harms, arising in the same location against the same defendant and sought the same relief, on behalf of multiple Plaintiffs. As a result, on July 13, 2023, the Court ordered the action severed into individual actions. Further, LRCiv 42.1 of the U.S. District Court for the District of Arizona allows for cases that arise from substantially the same transaction or event; involve substantially the same parties or property; call for determination of substantially the same questions of law; require substantial duplication of labor; or for reasons of judicial economy and the availability of judicial resources to be assigned to the same District Judge. As a result, the Clerk of Court was directed by the Chief Judge to assign a new case number to each individual Plaintiff and direct assign each case to Judge Lanza and refer each case to Magistrate Judge Metcalf. This order memorializes that severance and consolidation.

Therefore,

**IT IS ORDERED** the severed cases listed in Exhibit A attached hereto shall remain assigned to United States District Judge Dominic W. Lanza and referred to United States Magistrate Judge James F. Metcalf.

**IT IS FURTHER ORDERED t**he Clerk of Court shall file a copy of this Order in each of the severed actions listed.

Dated this 13th day of September, 2023.

G. Murray Snow
Chief United States District Judge

| EXHIBIT A | |
|---|---|
| **Case Number** | **Short Style** |
| 3:23-cv-08135-DWL (JFM) | Albers v. Marschke, et al. |
| 3:23-cv-08136-DWL (JFM) | Alcanzar-Garcia v. Marschke, et al. |
| 3:23-cv-08137-DWL (JFM) | Alexandra v. Marschke, et al. |
| 3:23-cv-08138-DWL (JFM) | Allen v. Marschke, et al. |
| 3:23-cv-08139-DWL (JFM) | Alseth v. Marschke, et al. |
| 3:23-cv-08141-DWL (JFM) | Anaya v. Marschke, et al. |
| 3:23-cv-08142-DWL (JFM) | Andrews v. Marschke, et al. |
| 3:23-cv-08143-DWL (JFM) | Aragon v. Marschke, et al. |
| 3:23-cv-08144-DWL (JFM) | Archer v. Marschke, et al. |
| 3:23-cv-08145-DWL (JFM) | Archer v. Marschke, et al. |
| 3:23-cv-08146-DWL (JFM) | Arellano v. Marschke, et al. |
| 3:23-cv-08147-DWL (JFM) | Arispe v. Marschke, et al. |
| 3:23-cv-08148-DWL (JFM) | Arvizu v. Marschke, et al. |
| 3:23-cv-08149-DWL (JFM) | Arzate v. Marschke, et al. |
| 3:23-cv-08150-DWL (JFM) | Ashley v. Marschke, et al. |
| 3:23-cv-08151-DWL (JFM) | Austin v. Marschke, et al. |
| 3:23-cv-08152-DWL (JFM) | Avalos v. Marschke, et al. |
| 3:23-cv-08153-DWL (JFM) | Avis v. Marschke, et al. |
| 3:23-cv-08155-DWL (JFM) | Unknown Party v. Marschke, et al. |
| 3:23-cv-08156-DWL (JFM) | Baker v. Marschke, et al. |
| 3:23-cv-08157-DWL (JFM) | Baland v. Marschke, et al. |
| 3:23-cv-08158-DWL (JFM) | Balderrama v. Marschke, et al. |
| 3:23-cv-08159-DWL (JFM) | Ball v. Marschke, et al. |
| 3:23-cv-08160-DWL (JFM) | Barajas v. Marschke, et al. |
| 3:23-cv-08161-DWL (JFM) | Barnes v. Marschke, et al. |
| 3:23-cv-08162-DWL (JFM) | Barney v. Marschke, et al. |
| 3:23-cv-08163-DWL (JFM) | Barrett v. Marschke, et al. |
| 3:23-cv-08164-DWL (JFM) | Barrientos-Quintero v. Marschke, et al. |
| 3:23-cv-08165-DWL (JFM) | Barriga v. Marschke, et al. |
| 3:23-cv-08166-DWL (JFM) | Bartlett v. Marschke, et al. |
| 3:23-cv-08167-DWL (JFM) | Baur v. Marschke, et al. |
| 3:23-cv-08168-DWL (JFM) | Benedetto v. Marschke, et al. |
| 3:23-cv-08169-DWL (JFM) | Best v. Marschke, et al. |
| 3:23-cv-08170-DWL (JFM) | Bickel v. Marschke, et al. |
| 3:23-cv-08171-DWL (JFM) | Billings v. Marschke, et al. |
| 3:23-cv-08172-DWL (JFM) | Billingsley v. Marschke, et al. |
| 3:23-cv-08173-DWL (JFM) | Birch v. Marschke, et al. |
| 3:23-cv-08174-DWL (JFM) | Blackburn v. Marschke, et al. |
| 3:23-cv-08175-DWL (JFM) | Blake v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08176-DWL (JFM) | Blockey v. Marschke, et al. |
| 3:23-cv-08177-DWL (JFM) | Bolton v. Marschke, et al. |
| 3:23-cv-08178-DWL (JFM) | Bowden v. Marschke, et al. |
| 3:23-cv-08179-DWL (JFM) | Bradley v. Marschke, et al. |
| 3:23-cv-08180-DWL (JFM) | Brilliant v. Marschke, et al. |
| 3:23-cv-08181-DWL (JFM) | Brown v. Marschke, et al. |
| 3:23-cv-08182-DWL (JFM) | Brown v. Marschke, et al. |
| 3:23-cv-08183-DWL (JFM) | Brown v. Marschke, et al. |
| 3:23-cv-08184-DWL (JFM) | Brush v. Marschke, et al. |
| 3:23-cv-08185-DWL (JFM) | Buhmeyer v. Marschke, et al. |
| 3:23-cv-08186-DWL (JFM) | Burfield v. Marschke, et al. |
| 3:23-cv-08187-DWL (JFM) | Burleigh v. Marschke, et al. |
| 3:23-cv-08188-DWL (JFM) | Rosado v. Marschke, et al. |
| 3:23-cv-08189-DWL (JFM) | Rosenblatt v. Marschke, et al. |
| 3:23-cv-08190-DWL (JFM) | Rowland v. Marschke, et al. |
| 3:23-cv-08191-DWL (JFM) | Ruck v. Marschke, et al. |
| 3:23-cv-08192-DWL (JFM) | Ruiz v. Marschke, et al. |
| 3:23-cv-08193-DWL (JFM) | Ruiz v. Marschke, et al. |
| 3:23-cv-08194-DWL (JFM) | Russell v. Marschke, et al. |
| 3:23-cv-08195-DWL (JFM) | Rutan v. Marschke, et al. |
| 3:23-cv-08196-DWL (JFM) | Salas v. Marschke, et al. |
| 3:23-cv-08197-DWL (JFM) | Salazar v. Marschke, et al. |
| 3:23-cv-08198-DWL (JFM) | Sammuels v. Marschke, et al. |
| 3:23-cv-08199-DWL (JFM) | Sanchez v. Marschke, et al. |
| 3:23-cv-08200-DWL (JFM) | Sanders v. Marschke, et al. |
| 3:23-cv-08201-DWL (JFM) | Schoenberger v. Marschke, et al. |
| 3:23-cv-08202-DWL (JFM) | Schulz v. Marschke, et al. |
| 3:23-cv-08203-DWL (JFM) | Scott v. Marschke, et al. |
| 3:23-cv-08204-DWL (JFM) | Sedillo v. Marschke, et al. |
| 3:23-cv-08205-DWL (JFM) | Serapo v. Marschke, et al. |
| 3:23-cv-08206-DWL (JFM) | Simental v. Marschke, et al. |
| 3:23-cv-08207-DWL (JFM) | Simmons v. Marschke, et al. |
| 3:23-cv-08208-DWL (JFM) | Simmons v. Marschke, et al. |
| 3:23-cv-08209-DWL (JFM) | Slemmer v. Marschke, et al. |
| 3:23-cv-08210-DWL (JFM) | Smith v. Marschke, et al. |
| 3:23-cv-08211-DWL (JFM) | Spalding v. Marschke, et al. |
| 3:23-cv-08212-DWL (JFM) | Spencer v. Marschke, et al. |
| 3:23-cv-08213-DWL (JFM) | Spero v. Marschke, et al. |
| 3:23-cv-08214-DWL (JFM) | Stanek v. Marschke, et al. |
| 3:23-cv-08215-DWL (JFM) | Stanely v. Marschke, et al. |
| 3:23-cv-08216-DWL (JFM) | Suastegui v. Marschke, et al. |
| 3:23-cv-08217-DWL (JFM) | Sullivan v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08218-DWL (JFM) | Swiney v. Marschke, et al. |
| 3:23-cv-08219-DWL (JFM) | Tackett v. Marschke, et al. |
| 3:23-cv-08220-DWL (JFM) | Talton v. Marschke, et al. |
| 3:23-cv-08221-DWL (JFM) | Tarnow v. Marschke, et al. |
| 3:23-cv-08222-DWL (JFM) | Thomas v. Marschke, et al. |
| 3:23-cv-08223-DWL (JFM) | Tiegs v. Marschke, et al. |
| 3:23-cv-08224-DWL (JFM) | Tiller v. Marschke, et al. |
| 3:23-cv-08225-DWL (JFM) | Tingey v. Marschke, et al. |
| 3:23-cv-08226-DWL (JFM) | Torres v. Marschke, et al. |
| 3:23-cv-08227-DWL (JFM) | Tortice v. Marschke, et al. |
| 3:23-cv-08228-DWL (JFM) | Towner v. Marschke, et al. |
| 3:23-cv-08229-DWL (JFM) | Triste v. Marschke, et al. |
| 3:23-cv-08230-DWL (JFM) | Trone v. Marschke, et al. |
| 3:23-cv-08231-DWL (JFM) | Trujillo v. Marschke, et al. |
| 3:23-cv-08232-DWL (JFM) | Urdahl v. Marschke, et al. |
| 3:23-cv-08233-DWL (JFM) | Vaglio v. Marschke, et al. |
| 3:23-cv-08234-DWL (JFM) | Graves v. Marschke, et al. |
| 3:23-cv-08235-DWL (JFM) | Valdez v. Marschke, et al. |
| 3:23-cv-08236-DWL (JFM) | Van v. Marschke, et al. |
| 3:23-cv-08237-DWL (JFM) | Vancleave v. Marschke, et al. |
| 3:23-cv-08238-DWL (JFM) | Vargas v. Marschke, et al. |
| 3:23-cv-08239-DWL (JFM) | Gray v. Marschke, et al. |
| 3:23-cv-08240-DWL (JFM) | Vason v. Marschke, et al. |
| 3:23-cv-08241-DWL (JFM) | Vazquez v. Marschke, et al. |
| 3:23-cv-08242-DWL (JFM) | Villatoro v. Marschke, et al. |
| 3:23-cv-08243-DWL (JFM) | Waid v. Marschke, et al. |
| 3:23-cv-08244-DWL (JFM) | Guerra v. Marschke, et al. |
| 3:23-cv-08245-DWL (JFM) | Waldron v. Marschke, et al. |
| 3:23-cv-08246-DWL (JFM) | Wallace v. Marschke, et al. |
| 3:23-cv-08247-DWL (JFM) | Gunnison v. Marschke, et al. |
| 3:23-cv-08248-DWL (JFM) | Warner v. Marschke, et al. |
| 3:23-cv-08249-DWL (JFM) | Watkins v. Marschke, et al. |
| 3:23-cv-08250-DWL (JFM) | Watkins v. Marschke, et al. |
| 3:23-cv-08251-DWL (JFM) | Hall v. Marschke, et al. |
| 3:23-cv-08252-DWL (JFM) | Watson v. Marschke, et al. |
| 3:23-cv-08253-DWL (JFM) | Weltzin v. Marschke, et al. |
| 3:23-cv-08254-DWL (JFM) | West v. Marschke, et al. |
| 3:23-cv-08255-DWL (JFM) | Halsey v. Marschke, et al. |
| 3:23-cv-08256-DWL (JFM) | Westover v. Marschke, et al. |
| 3:23-cv-08257-DWL (JFM) | Whaley v. Marschke, et al. |
| 3:23-cv-08258-DWL (JFM) | Langway v. Marschke, et al. |
| 3:23-cv-08259-DWL (JFM) | Hamblin v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08260-DWL (JFM) | Whisman v. Marschke, et al. |
| 3:23-cv-08261-DWL (JFM) | Lathon v. Marschke, et al. |
| 3:23-cv-08262-DWL (JFM) | Hammonds v. Marschke, et al. |
| 3:23-cv-08263-DWL (JFM) | Lemanski v. Marschke, et al. |
| 3:23-cv-08264-DWL (JFM) | Williams v. Marschke, et al. |
| 3:23-cv-08265-DWL (JFM) | Hanner v. Marschke, et al. |
| 3:23-cv-08266-DWL (JFM) | Leslie v. Marschke, et al. |
| 3:23-cv-08267-DWL (JFM) | Williams v. Marschke, et al. |
| 3:23-cv-08268-DWL (JFM) | Hardwick v. Marschke, et al. |
| 3:23-cv-08269-DWL (JFM) | Worden v. Marschke, et al. |
| 3:23-cv-08270-DWL (JFM) | Lewis v. Marschke, et al. |
| 3:23-cv-08271-DWL (JFM) | Yepiz v. Marschke, et al. |
| 3:23-cv-08272-DWL (JFM) | Younger v. Marschke, et al. |
| 3:23-cv-08273-DWL (JFM) | Harmon v. Marschke, et al. |
| 3:23-cv-08274-DWL (JFM) | Ysasi v. Marschke, et al. |
| 3:23-cv-08275-DWL (JFM) | Lewis v. Marschke, et al. |
| 3:23-cv-08276-DWL (JFM) | Zamora v. Marschke, et al. |
| 3:23-cv-08277-DWL (JFM) | Harrington v. Marschke, et al. |
| 3:23-cv-08278-DWL (JFM) | Zander v. Marschke, et al. |
| 3:23-cv-08279-DWL (JFM) | Zavalza-Ceniceros v. Marschke, et al. |
| 3:23-cv-08280-DWL (JFM) | Lewis v. Marschke, et al. |
| 3:23-cv-08281-DWL (JFM) | Hartleb v. Marschke, et al. |
| 3:23-cv-08282-DWL (JFM) | Zoellner v. Marschke, et al. |
| 3:23-cv-08283-DWL (JFM) | Alday #287513 v. Marschke, et al. |
| 3:23-cv-08284-DWL (JFM) | Leyva v. Marschke, et al. |
| 3:23-cv-08285-DWL (JFM) | Hartman v. Marschke, et al. |
| 3:23-cv-08286-DWL (JFM) | Peterson #355812 v. Marschke, et al. |
| 3:23-cv-08287-DWL (JFM) | Depuydt #294943 v. Marschke, et al. |
| 3:23-cv-08288-DWL (JFM) | Lisa v. Marschke, et al. |
| 3:23-cv-08289-DWL (JFM) | Henry v. Marschke, et al. |
| 3:23-cv-08290-DWL (JFM) | Washington #124805 v. Marschke, et al. |
| 3:23-cv-08291-DWL (JFM) | Cabrera v. Marschke, et al. |
| 3:23-cv-08292-DWL (JFM) | Leung v. Marschke, et al. |
| 3:23-cv-08293-DWL (JFM) | Hensley v. Marschke, et al. |
| 3:23-cv-08294-DWL (JFM) | Loberg v. Marschke, et al. |
| 3:23-cv-08295-DWL (JFM) | Worloh v. Marschke, et al. |
| 3:23-cv-08296-DWL (JFM) | Hermes v. Marschke, et al. |
| 3:23-cv-08297-DWL (JFM) | Craft v. Marschke, et al. |
| 3:23-cv-08298-DWL (JFM) | Garcia v. Marschke, et al. |
| 3:23-cv-08299-DWL (JFM) | Hertel v. Marschke, et al. |
| 3:23-cv-08300-DWL (JFM) | Lopez v. Marschke, et al. |
| 3:23-cv-08301-DWL (JFM) | Genger v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08302-DWL (JFM) | Gonzales v. Marschke, et al. |
| 3:23-cv-08303-DWL (JFM) | Higgins v. Marschke, et al. |
| 3:23-cv-08304-DWL (JFM) | Lemke v. Marschke, et al. |
| 3:23-cv-08305-DWL (JFM) | Lopez v. Marschke, et al. |
| 3:23-cv-08306-DWL (JFM) | Schaffer v. Marschke, et al. |
| 3:23-cv-08307-DWL (JFM) | Hill v. Marschke, et al. |
| 3:23-cv-08308-DWL (JFM) | Seumptewa v. Marschke, et al. |
| 3:23-cv-08309-DWL (JFM) | Luke v. Marschke, et al. |
| 3:23-cv-08310-DWL (JFM) | Hittle v. Marschke, et al. |
| 3:23-cv-08311-DWL (JFM) | Hoffman v. Marschke, et al. |
| 3:23-cv-08312-DWL (JFM) | Hoglan v. Marschke, et al. |
| 3:23-cv-08313-DWL (JFM) | Lyon v. Marschke, et al. |
| 3:23-cv-08314-DWL (JFM) | Holland v. Marschke, et al. |
| 3:23-cv-08315-DWL (JFM) | Ma v. Marschke, et al. |
| 3:23-cv-08316-DWL (JFM) | Holling v. Marschke, et al. |
| 3:23-cv-08317-DWL (JFM) | Macias v. Marschke, et al. |
| 3:23-cv-08318-DWL (JFM) | Horton v. Marschke, et al. |
| 3:23-cv-08319-DWL (JFM) | Maddox v. Marschke, et al. |
| 3:23-cv-08320-DWL (JFM) | Hubbard v. Marschke, et al. |
| 3:23-cv-08321-DWL (JFM) | Malady v. Marschke, et al. |
| 3:23-cv-08322-DWL (JFM) | Hueston v. Marschke, et al. |
| 3:23-cv-08323-DWL (JFM) | Huey v. Marschke, et al. |
| 3:23-cv-08324-DWL (JFM) | Mange v. Marschke, et al. |
| 3:23-cv-08325-DWL (JFM) | Huffman v. Marschke, et al. |
| 3:23-cv-08326-DWL (JFM) | Manriquez v. Marschke, et al. |
| 3:23-cv-08327-DWL (JFM) | Hyde v. Marschke, et al. |
| 3:23-cv-08328-DWL (JFM) | Mansinas-Hernandez v. Marschke, et al. |
| 3:23-cv-08329-DWL (JFM) | Isenberg v. Marschke, et al. |
| 3:23-cv-08330-DWL (JFM) | Marona v. Marschke, et al. |
| 3:23-cv-08331-DWL (JFM) | Cabrera-Felix v. Marschke, et al. |
| 3:23-cv-08332-DWL (JFM) | Cadenas v. Marschke, et al. |
| 3:23-cv-08333-DWL (JFM) | Islas-Navarro v. Marschke, et al. |
| 3:23-cv-08334-DWL (JFM) | Martin v. Marschke, et al. |
| 3:23-cv-08335-DWL (JFM) | Caime v. Marschke, et al. |
| 3:23-cv-08336-DWL (JFM) | Cann v. Marschke, et al. |
| 3:23-cv-08337-DWL (JFM) | Martinez v. Marschke, et al. |
| 3:23-cv-08338-DWL (JFM) | Caputo v. Marschke, et al. |
| 3:23-cv-08339-DWL (JFM) | Izquierdo v. Marschke, et al. |
| 3:23-cv-08340-DWL (JFM) | Martinez v. Marschke, et al. |
| 3:23-cv-08341-DWL (JFM) | Carbajal v. Marschke, et al. |
| 3:23-cv-08342-DWL (JFM) | Jackson v. Marschke, et al. |
| 3:23-cv-08343-DWL (JFM) | Joachim v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08344-DWL (JFM) | Martinez v. Marschke, et al. |
| 3:23-cv-08345-DWL (JFM) | Cardiel v. Marschke, et al. |
| 3:23-cv-08346-DWL (JFM) | Carreon v. Marschke, et al. |
| 3:23-cv-08347-DWL (JFM) | Johnson v. Marschke, et al. |
| 3:23-cv-08348-DWL (JFM) | Martinez v. Marschke, et al. |
| 3:23-cv-08349-DWL (JFM) | Carson v. Marschke, et al. |
| 3:23-cv-08350-DWL (JFM) | Carter v. Marschke, et al. |
| 3:23-cv-08351-DWL (JFM) | Jones v. Marschke, et al. |
| 3:23-cv-08352-DWL (JFM) | Carter v. Marschke, et al. |
| 3:23-cv-08353-DWL (JFM) | Mattox v. Marschke, et al. |
| 3:23-cv-08354-DWL (JFM) | Cascio v. Marschke, et al. |
| 3:23-cv-08355-DWL (JFM) | Jones v. Marschke, et al. |
| 3:23-cv-08356-DWL (JFM) | Castillo v. Marschke, et al. |
| 3:23-cv-08357-DWL (JFM) | Jones v. Marschke, et al. |
| 3:23-cv-08358-DWL (JFM) | Castillo v. Marschke, et al. |
| 3:23-cv-08359-DWL (JFM) | Castorena v. Marschke, et al. |
| 3:23-cv-08360-DWL (JFM) | Joya v. Marschke, et al. |
| 3:23-cv-08361-DWL (JFM) | Castro v. Marschke, et al. |
| 3:23-cv-08362-DWL (JFM) | Juarez v. Marschke, et al. |
| 3:23-cv-08363-DWL (JFM) | Celaya v. Marschke, et al. |
| 3:23-cv-08364-DWL (JFM) | Kearns v. Marschke, et al. |
| 3:23-cv-08365-DWL (JFM) | Centeno v. Marschke, et al. |
| 3:23-cv-08366-DWL (JFM) | Kemp v. Marschke, et al. |
| 3:23-cv-08367-DWL (JFM) | Kernohan v. Marschke, et al. |
| 3:23-cv-08368-DWL (JFM) | Kinlichee v. Marschke, et al. |
| 3:23-cv-08369-DWL (JFM) | Chambers v. Marschke, et al. |
| 3:23-cv-08370-DWL (JFM) | Lacy v. Marschke, et al. |
| 3:23-cv-08371-DWL (JFM) | Chapel v. Marschke, et al. |
| 3:23-cv-08372-DWL (JFM) | Cifuentes v. Marschke, et al. |
| 3:23-cv-08373-DWL (JFM) | Cigarroa v. Marschke, et al. |
| 3:23-cv-08374-DWL (JFM) | Conway v. Marschke, et al. |
| 3:23-cv-08375-DWL (JFM) | Cooks v. Marschke, et al. |
| 3:23-cv-08376-DWL (JFM) | Cortes v. Marschke, et al. |
| 3:23-cv-08377-DWL (JFM) | Romero v. Marschke, et al. |
| 3:23-cv-08378-DWL (JFM) | Cox v. Marschke, et al. |
| 3:23-cv-08379-DWL (JFM) | Rodriguez v. Marschke, et al. |
| 3:23-cv-08380-DWL (JFM) | Cox v. Marschke, et al. |
| 3:23-cv-08381-DWL (JFM) | Mayer v. Marschke, et al. |
| 3:23-cv-08382-DWL (JFM) | Rocabado v. Marschke, et al. |
| 3:23-cv-08383-DWL (JFM) | Rivers v. Marschke, et al. |
| 3:23-cv-08384-DWL (JFM) | McAlister v. Marschke, et al. |
| 3:23-cv-08385-DWL (JFM) | Rivera v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08386-DWL (JFM) | Ristic v. Marschke, et al. |
| 3:23-cv-08387-DWL (JFM) | McMorris v. Marschke, et al. |
| 3:23-cv-08388-DWL (JFM) | Rios-Perez v. Marschke, et al. |
| 3:23-cv-08389-DWL (JFM) | Rios v. Marschke, et al. |
| 3:23-cv-08390-DWL (JFM) | Mendoza-Valdez v. Marschke, et al. |
| 3:23-cv-08391-DWL (JFM) | Richter v. Marschke, et al. |
| 3:23-cv-08392-DWL (JFM) | Merryman v. Marschke, et al. |
| 3:23-cv-08393-DWL (JFM) | Reeder v. Marschke, et al. |
| 3:23-cv-08394-DWL (JFM) | Redmond v. Marschke, et al. |
| 3:23-cv-08395-DWL (JFM) | Rapp v. Marschke, et al. |
| 3:23-cv-08396-DWL (JFM) | Mitton v. Marschke, et al. |
| 3:23-cv-08397-DWL (JFM) | Rankin v. Marschke, et al. |
| 3:23-cv-08398-DWL (JFM) | Ramirez v. Marschke, et al. |
| 3:23-cv-08399-DWL (JFM) | Crabtree v. Marschke, et al. |
| 3:23-cv-08400-DWL (JFM) | Ramirez v. Marschke, et al. |
| 3:23-cv-08401-DWL (JFM) | Quiroz v. Marschke, et al. |
| 3:23-cv-08402-DWL (JFM) | Crawford v. Marschke, et al. |
| 3:23-cv-08403-DWL (JFM) | Cruz v. Marschke, et al. |
| 3:23-cv-08404-DWL (JFM) | Moat v. Marschke, et al. |
| 3:23-cv-08405-DWL (JFM) | Quezada v. Marschke, et al. |
| 3:23-cv-08406-DWL (JFM) | Cruz-Perez v. Marschke, et al. |
| 3:23-cv-08407-DWL (JFM) | Puccini v. Marschke, et al. |
| 3:23-cv-08408-DWL (JFM) | Molina v. Marschke, et al. |
| 3:23-cv-08409-DWL (JFM) | Curtis v. Marschke, et al. |
| 3:23-cv-08410-DWL (JFM) | Prieto v. Marschke, et al. |
| 3:23-cv-08411-DWL (JFM) | Preller v. Marschke, et al. |
| 3:23-cv-08412-DWL (JFM) | Curtis v. Marschke, et al. |
| 3:23-cv-08413-DWL (JFM) | Monson v. Marschke, et al. |
| 3:23-cv-08414-DWL (JFM) | Portella v. Marschke, et al. |
| 3:23-cv-08415-DWL (JFM) | Daniels v. Marschke, et al. |
| 3:23-cv-08416-DWL (JFM) | Pierce v. Marschke, et al. |
| 3:23-cv-08417-DWL (JFM) | Davila v. Marschke, et al. |
| 3:23-cv-08418-DWL (JFM) | Peterson v. Marschke, et al. |
| 3:23-cv-08419-DWL (JFM) | Montelongo v. Marschke, et al. |
| 3:23-cv-08420-DWL (JFM) | Davis v. Marschke, et al. |
| 3:23-cv-08421-DWL (JFM) | Perez v. Marschke, et al. |
| 3:23-cv-08422-DWL (JFM) | Davis v. Marschke, et al. |
| 3:23-cv-08423-DWL (JFM) | Perez v. Marschke, et al. |
| 3:23-cv-08424-DWL (JFM) | Moraga v. Marschke, et al. |
| 3:23-cv-08425-DWL (JFM) | Davis v. Marschke, et al. |
| 3:23-cv-08426-DWL (JFM) | Pena v. Marschke, et al. |
| 3:23-cv-08427-DWL (JFM) | Moreno v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08428-DWL (JFM) | Peltier v. Marschke, et al. |
| 3:23-cv-08429-DWL (JFM) | Pardo v. Marschke, et al. |
| 3:23-cv-08430-DWL (JFM) | Padilla v. Marschke, et al. |
| 3:23-cv-08431-DWL (JFM) | Morris v. Marschke, et al. |
| 3:23-cv-08432-DWL (JFM) | Morris v. Marschke, et al. |
| 3:23-cv-08433-DWL (JFM) | Pacheco v. Marschke, et al. |
| 3:23-cv-08434-DWL (JFM) | Osborn v. Marschke, et al. |
| 3:23-cv-08435-DWL (JFM) | Ortiz-Gomez v. Marschke, et al. |
| 3:23-cv-08436-DWL (JFM) | Morrison v. Marschke, et al. |
| 3:23-cv-08437-DWL (JFM) | Ontiveros v. Marschke, et al. |
| 3:23-cv-08438-DWL (JFM) | Davis v. Marschke, et al. |
| 3:23-cv-08439-DWL (JFM) | Omori v. Marschke, et al. |
| 3:23-cv-08440-DWL (JFM) | Morrow v. Marschke, et al. |
| 3:23-cv-08441-DWL (JFM) | Ohlendorf v. Marschke, et al. |
| 3:23-cv-08442-DWL (JFM) | Dean v. Marschke, et al. |
| 3:23-cv-08443-DWL (JFM) | Ochoa v. Marschke, et al. |
| 3:23-cv-08444-DWL (JFM) | Munoz v. Marschke, et al. |
| 3:23-cv-08445-DWL (JFM) | Decker v. Marschke, et al. |
| 3:23-cv-08446-DWL (JFM) | Munoz v. Marschke, et al. |
| 3:23-cv-08447-DWL (JFM) | Deeney v. Marschke, et al. |
| 3:23-cv-08448-DWL (JFM) | Munoz v. Marschke, et al. |
| 3:23-cv-08449-DWL (JFM) | Delacruz v. Marschke, et al. |
| 3:23-cv-08450-DWL (JFM) | Delarosa v. Marschke, et al. |
| 3:23-cv-08451-DWL (JFM) | Fay v. Marschke, et al. |
| 3:23-cv-08452-DWL (JFM) | Delgado v. Marschke, et al. |
| 3:23-cv-08453-DWL (JFM) | Felix v. Marschke, et al. |
| 3:23-cv-08454-DWL (JFM) | Delgado v. Marschke, et al. |
| 3:23-cv-08455-DWL (JFM) | Deruiter v. Marschke, et al. |
| 3:23-cv-08456-DWL (JFM) | Felix v. Marschke, et al. |
| 3:23-cv-08457-DWL (JFM) | Dimatteo v. Marschke, et al. |
| 3:23-cv-08458-DWL (JFM) | Dobby v. Marschke, et al. |
| 3:23-cv-08459-DWL (JFM) | Dominguez v. Marschke, et al. |
| 3:23-cv-08460-DWL (JFM) | Felmate v. Marschke, et al. |
| 3:23-cv-08461-DWL (JFM) | Donald v. Marschke, et al. |
| 3:23-cv-08462-DWL (JFM) | Dowling v. Marschke, et al. |
| 3:23-cv-08463-DWL (JFM) | Fisher v. Marschke, et al. |
| 3:23-cv-08464-DWL (JFM) | Dubbs v. Marschke, et al. |
| 3:23-cv-08465-DWL (JFM) | Fisher v. Marschke, et al. |
| 3:23-cv-08466-DWL (JFM) | Duran v. Marschke, et al. |
| 3:23-cv-08467-DWL (JFM) | Eastland v. Marschke, et al. |
| 3:23-cv-08468-DWL (JFM) | Eisenhauer v. Marschke, et al. |
| 3:23-cv-08469-DWL (JFM) | Fizer v. Marschke, et al. |

| | |
|---|---|
| 3:23-cv-08470-DWL (JFM) | Elbert v. Marschke, et al. |
| 3:23-cv-08471-DWL (JFM) | Ellis v. Marschke, et al. |
| 3:23-cv-08472-DWL (JFM) | Flores v. Marschke, et al. |
| 3:23-cv-08473-DWL (JFM) | Engelen v. Marschke, et al. |
| 3:23-cv-08474-DWL (JFM) | Flores v. Marschke, et al. |
| 3:23-cv-08475-DWL (JFM) | Escalera v. Marschke, et al. |
| 3:23-cv-08476-DWL (JFM) | Foster v. Marschke, et al. |
| 3:23-cv-08477-DWL (JFM) | Escobido v. Marschke, et al. |
| 3:23-cv-08478-DWL (JFM) | Friehauf v. Marschke, et al. |
| 3:23-cv-08479-DWL (JFM) | Esparza v. Marschke, et al. |
| 3:23-cv-08480-DWL (JFM) | Evans v. Marschke, et al. |
| 3:23-cv-08481-DWL (JFM) | Friend v. Marschke, et al. |
| 3:23-cv-08482-DWL (JFM) | Munoz v. Marschke, et al. |
| 3:23-cv-08483-DWL (JFM) | Gaines v. Marschke, et al. |
| 3:23-cv-08484-DWL (JFM) | Murphy v. Marschke, et al. |
| 3:23-cv-08485-DWL (JFM) | Murray v. Marschke, et al. |
| 3:23-cv-08486-DWL (JFM) | Nabb v. Marschke, et al. |
| 3:23-cv-08487-DWL (JFM) | Neal v. Marschke, et al. |
| 3:23-cv-08488-DWL (JFM) | Galloway v. Marschke, et al. |
| 3:23-cv-08489-DWL (JFM) | Gamet v. Marschke, et al. |
| 3:23-cv-08490-DWL (JFM) | Garcia v. Marschke, et al. |
| 3:23-cv-08491-DWL (JFM) | Garcia v. Marschke, et al. |
| 3:23-cv-08492-DWL (JFM) | Garcia v. Marschke, et al. |
| 3:23-cv-08493-DWL (JFM) | Garza v. Marschke, et al. |
| 3:23-cv-08494-DWL (JFM) | Gibbons v. Marschke, et al. |
| 3:23-cv-08495-DWL (JFM) | Nemmar v. Marschke, et al. |
| 3:23-cv-08496-DWL (JFM) | Givens v. Marschke, et al. |
| 3:23-cv-08497-DWL (JFM) | Gonzales v. Marschke, et al. |
| 3:23-cv-08498-DWL (JFM) | Newhall v. Marschke, et al. |
| 3:23-cv-08499-DWL (JFM) | Goodwin v. Marschke, et al. |
| 3:23-cv-08500-DWL (JFM) | Graham v. Marschke, et al. |
| 3:23-cv-08501-DWL (JFM) | Nickey v. Marschke, et al. |
| 3:23-cv-08502-DWL (JFM) | Noriega v. Marschke, et al. |
| 3:23-cv-08503-DWL (JFM) | Nunez v. Marschke, et al. |
| 3:23-cv-08504-DWL (JFM) | Graham v. Marschke, et al. |
| 3:23-cv-08505-DWL (JFM) | Ochoa v. Marschke, et al. |